JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JACK BENJAMIN HESSIANI,

              Petitioner,

     v.

BRIAN BIRKHOLTZ, Warden,

              Respondent.

Case No. 2:23-cv-03553-JWH-SSC

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

1       On May 4, 2023, Petitioner, a federal prisoner proceeding *pro se*, filed this

2   habeas action pursuant to 28 U.S.C. § 2241.[1]  On July 12, 2023, Respondent

3   filed a motion to dismiss the petition, arguing, in part, that the petition is a

4   disguised and untimely motion to vacate, set aside, or correct Petitioner's

5   sentence pursuant to 28 U.S.C. § 2255.[2]  On August  8, 2023, Petitioner filed a

6   request to withdraw the petition.[3]

7       Under Rule 41 of the Federal Rules of Civil Procedure, a petitioner may

8   voluntarily dismiss a case without a court order before the respondent has

9   served an answer or motion for summary judgment.

10   Fed. R. Civ. P. 41(a)(1)(A)(i).  Voluntary dismissal under Rule 41(a)(1)(A)(i)

11   remains available where, as here, the respondent has filed only a motion to

12   dismiss the petition.  *See Richardson v. Sherman*, 2018 WL 6112618, at *1–*2

13   (C.D. Cal. Sept. 4, 2018) (in habeas matter pursuant to 28 U.S.C. § 2254

14   explaining that voluntary dismissal under Rule 41(a)(1), rather than court-

15   ordered dismissal under Rule 41(a)(2), applies where respondent has filed a

16   motion to dismiss but not an answer or motion for summary judgment).  Unless

17   a petitioner requests otherwise or has previously dismissed the same claim(s), a

18   voluntary dismissal under Rule 41(a)(1)(A)(i) shall be without prejudice.

19   Fed. R. Civ. P. 41(a)(1)(B).

20       Because Respondent has not filed an answer or motion for summary

21   judgment, the Court construes Petitioner's request to withdraw the petition as a

22   notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i).  As this appears to

23

24

25

26

---

[1]   Pet. [ECF No. 1].

27   [2]   Mot. to Dismiss [ECF No. 11].

28   [3]   Req. to Withdraw Pet. [ECF No. 16].

1  be the first time that Petitioner has dismissed these claims, this action is

2  **DISMISSED without prejudice**.

3       **IT IS SO ORDERED.**

4

5  Dated:   September 11, 2023

6                             John W. Holcomb
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28